UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-21214-Civ-COOKE/O'SULLIVAN

LUCAS ALCALA
and all others similarly situated under 29
U.S.C. 216(b),

    Plaintiff,

vs.

NPEE L.C., ANDREW SERAFINE, and
ERIK AGAZIM,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before me upon Judge O'Sullivan's Order (ECF No. 15), approving the parties' settlement agreement and recommending that the case be dismissed with prejudice. Judge O'Sullivan's Order also recommends that the Court retain jurisdiction, until August 30, 2021, to enforce the terms of the parties' agreement.

Accordingly, it is **ORDERED and ADJUDGED** that the parties' agreement is approved, and the case is **DISMISSED** *with prejudice*. This Court shall retain jurisdiction until **August 30, 2021** to enforce the terms of the agreement. The Clerk of Court shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers at Miami, Florida, this 16th day of July 2021.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of record*